No. 497. ANDERSON, RECEIVER, *v.* ABBOTT, ADMINISTRATRIX, ET AL. December 7, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Messrs. Robert S. Marx, Frank E. Wood, Edward M. Brown,* and *Harry Kasfir* for petitioner. *Messrs. William W. Crawford, Richard P. Dietzman, Allen P. Dodd, James W. Stites, Henry E. McElwain, Edward P. Humphrey,* and *Lafon Allen* for respondents. *Mr. John F. Anderson* filed a brief on behalf of Preston Delano,

Comptroller of the Currency, as *amicus curiae*, in support of the petition.